JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)'
MONIQUE OLIVIER (SBN 190385)
(molivier@sturdevantlaw.com)
WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, California 94104
Telephone:   (415) 477-2410
Facsimile:   (415) 477-2420

MAEVE ELISE BROWN (SBN 137512)
(melisebrown@heraca.org)
ELIZABETH S. LETCHER (SBN 172986)
(eletcher@heraca.org)
NOAH ZINNER (SBN 247581)
(nzinner@heraca.org,)
CYNTHIA SINGERMAN (SBN 244450)
(csingerman@heraca.org)
HOUSING AND ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Telephone:   (510) 271-8443
Facsimile:   (510) 868-4521

Attorneys for Plaintiffs and the Putative Plaintiff Class

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| HERMINIA MORALES and MICHELLE SURANOFSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE LLC, a Delaware limited liability company; CHASE HOME FINANCE INC., a Delaware corporation; JPMORGAN CHASE BANK, N.A., a national banking association; JPMORGAN CHASE & CO., a Delaware corporation; and Does 1-100,<br><br>Defendants. | Case No.:   CV 10-02068 LB<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANTS CHASE HOME FINANCE, INC., AND JPMORGAN CHASE & CO.** |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  Please take notice that Plaintiffs HERMINIA MORALES and MICHELLE SURANOFSKY,
3  individually and on behalf of all others similarly situated, by and through their counsel of record and
4  pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismiss this
5  action without prejudice against Defendants CHASE HOME FINANCE, INC. and JPMORGAN
6  CHASE & CO.

Dated: July 22, 2010         HOUSING AND ECONOMIC RIGHTS ADVOCATES

THE STURDEVANT LAW FIRM
A Professional Corporation


By:   /s/ Whitney Huston
        Whitney Huston
        Attorneys for Plaintiffs and the Putative Plaintiff Class