| | |
|---|---|
| 1 | MICHAEL J. AGOGLIA (CA SBN 154810) |
|   | MAgoglia@mofo.com |
| 2 | WENDY M. GARBERS (CA SBN 213208) |
|   | WGarbers@mofo.com |
| 3 | RITA F. LIN (CA SBN 236220) |
|   | RLin@mofo.com |
| 4 | BORIS YANKILOVICH (CA SBN 257887) |
|   | BYankilovich@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Defendants |
|   | CHASE HOME FINANCE LLC; JPMORGAN CHASE BANK, |
| 9 | N.A.. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERMINIA MORALES and MICHELLE SURANOFSKY, individually and on behalf of all others similarly situated, | Case No.   C-10-02068 JSW |
| | CLASS ACTION |
| Plaintiffs, | **MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE A BRIEF OF UP TO TWENTY-FIVE PAGES IN LENGTH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| CHASE HOME FINANCE LLC, a Delaware limited liability company; CHASE HOME FINANCE INC., a Delaware corporation; JPMORGAN CHASE BANK, N.A., a national banking association; JPMORGAN CHASE & CO., a Delaware corporation; and DOES 1-100, | |
| | Hon. Jeffrey S. White |
| | Complaint filed: May 14, 2010 |
| Defendants. | |

DEFENDANTS' ADM. MOTION TO FILE BRIEF OF UP TO TWENTY-FIVE PAGES IN SUPPORT OF MOTION TO DISMISS
Case No. C-10-02068 JSW
sf-2874609

Pursuant to Civil Local Rule 7-11, defendants Chase Home Finance LLC and JPMorgan Chase Bank, N.A. (collectively, "defendants") hereby request leave to file a brief of up to twenty-five pages in length (exclusive of title pages, indices of cases, table of contents and authorities, exhibits, and summaries of argument) in support of their motion to dismiss the Complaint.[1] Defendants request leave for the following reasons:

(a) Although the Court's Civil Standing Order, ¶ 6, imposes a fifteen-page limit on the length of briefs in support of any motion, this action had not been assigned to the Court until today. The action was previously assigned to Magistrate Judge Laurel Beeler, who has no standing order limiting the length of briefs or memoranda in support of motions. Thus, prior to today, defendants had relied exclusively on Civil Local Rule 7-2(b), which provides for a twenty-five page limit for motions.

(b) Defendants must answer or otherwise respond to the complaint by tomorrow, July 23, 2010. [Dkt. 13.] This action was reassigned to the Court earlier today. [Dkt. 14.] By the time defendants learned of the reassignment, they had already prepared their brief in support of their motion to dismiss, which is approximately twenty-four pages in length. Defendants do not have sufficient time to reduce the brief to fifteen pages in length while retaining their prepared points and authorities.

(c) The complaint in this action contains six separate causes of action, each of which defendants seek to dismiss for failure to state a claim. Defendants cannot adequately address all six causes of action within the fifteen-page limit.

This motion is accompanied by a proposed order and by the declaration of Boris Yankilovich, which explains why a stipulation from plaintiffs in relation to this Motion could not be obtained.

---

[1] Earlier today, plaintiffs filed a notice voluntarily dismissing this action against Chase Home Finance, Inc. and JP Morgan Chase & Co.. [Dkt. 15.] Accordingly, only Chase Home Finance LLC and JPMorgan Chase Bank, N.A. remain as the named defendants in this action.

DEFENDANTS' ADM. MOTION TO FILE BRIEF OF UP TO TWENTY-FIVE PAGES IN SUPPORT OF MOTION TO DISMISS
Case No. C-10-02068 JSW
sf-2874609

1

| | |
|---|---|
| 1 | Dated: July 22, 2010 |

                                  MICHAEL J. AGOGLIA
                                  WENDY M. GARBERS
                                  RITA F. LIN
                                  BORIS YANKILOVICH
                                  MORRISON & FOERSTER LLP

                                  By:   /s/ Wendy M. Garbers
                                            Wendy M. Garbers

                                  Attorneys for Defendants
                                  CHASE HOME FINANCIAL LLC;
                                  JPMORGAN CHASE BANK, N.A..

DEFENDANTS' ADM. MOTION TO FILE BRIEF OF UP TO TWENTY-FIVE PAGES IN SUPPORT OF MOTION TO DISMISS
Case No. C-10-02068 JSW
sf-2874609

2