| | |
|---|---|
| 1 | MICHAEL J. AGOGLIA (CA SBN 154810) |
|  | MAgoglia@mofo.com |
| 2 | WENDY M. GARBERS (CA SBN 213208) |
|  | WGarbers@mofo.com |
| 3 | RITA F. LIN (CA SBN 236220) |
|  | RLin@mofo.com |
| 4 | BORIS YANKILOVICH (CA SBN 257887) |
|  | BYankilovich@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|  | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
|  | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Defendants |
|  | CHASE HOME FINANCE LLC; JPMORGAN CHASE BANK, |
| 9 | N.A.. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERMINIA MORALES and MICHELLE SURANOFSKY, individually and on behalf of all others similarly situated, | Case No.   C-10-02068 JSW |
|  | CLASS ACTION |
| Plaintiffs, | [**PROPOSED**] ORDER GRANTING DEFENDANTS CHASE HOME FINANCE LLC AND JPMORGAN CHASE BANK, N.A.'S MOTION TO FILE A BRIEF OF UP TO TWENTY-FIVE PAGES IN LENGTH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS |
| v. |  |
| CHASE HOME FINANCE LLC, a Delaware limited liability company; CHASE HOME FINANCE INC., a Delaware corporation; JPMORGAN CHASE BANK, N.A., a national banking association; JPMORGAN CHASE & CO., a Delaware corporation; and DOES 1-100, |  |
| Defendants. | Hon. Jeffrey S. White |
|  | Complaint filed: May 14, 2010 |

---

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE BRIEF OF UP TO TWENTY-FIVE PAGES ISO
MOTION TO DISMISS, Case No. C-10-02068 JSW
sf-2875931

1  The Court hereby GRANTS defendants Chase Home Finance LLC and JPMorgan Chase
2  Bank, N.A.'s Motion for Administrative Relief for Leave to File a Brief of Up To Twenty-Five
3  Pages in Length in Support of Defendants' Motion to Dismiss, and permits defendants and
4  plaintiffs to file briefs in support of and in opposition to the motion to dismiss the Complaint,
5  respectively, of up to twenty-five pages in length, exclusive of title pages, indices of cases, table
6  of contents, exhibits, and summaries of argument. The Court accepts the motion that was filed on July 23, 2010 and VACATES the order striking the motion. Plaintiffs shall file their opposition by no later than August 11, 2010 and Defendants' reply, if any, shall be filed by no later than August 18, 2010.

IT IS SO ORDERED.

Dated: July 27, 2010

_____
Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE BRIEF OF UP TO TWENTY-FIVE PAGES ISO MOTION TO DISMISS, Case No. C-10-02068 JSW
sf-2875931

1