MICHAEL J. AGOGLIA (CA SBN 154810)
MAgoglia@mofo.com
WENDY M. GARBERS (CA SBN 213208)
WGarbers@mofo.com
RITA F. LIN (CA SBN 236220)
RLin@mofo.com
BORIS YANKILOVICH (CA SBN 257887)
BYankilovich@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
CHASE HOME FINANCE LLC; JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERMINIA MORALES and MICHELLE SURANOFSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE LLC, a Delaware limited liability company; CHASE HOME FINANCE INC., a Delaware corporation; JPMORGAN CHASE BANK, N.A., a national banking association; JPMORGAN CHASE & CO., a Delaware corporation; and DOES 1-100,<br><br>Defendants. | Case No. C-10-02068 JSW<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER DENYING GRANTING STIPULATION RE BRIEFING SCHEDULE FOR MOTION TO DISMISS<br><br>Hon. Jeffrey S. White<br>Complaint filed: May 14, 2010 |

The Court DENIES the parties stipulation. This order is without prejudice to the parties submitting another stipulation to alter the briefing schedule upon a showing of good cause.

1 ~~Pursuant to the Stipulation Re Briefing Schedule For Motion To Dismiss, plaintiffs~~

2 ~~Herminia Morales and Michelle Suranofsky shall have until and including August 20, 2010, to~~

3 ~~submit an opposition to the defendants' motion to dismiss, and defendants Chase Home Finance~~

4 ~~LLC and JPMorgan Chase Bank, N.A. shall have until and including September 3, 2010 to~~

5 ~~submit a reply to plaintiffs' opposition.~~

6 IT IS SO ORDERED.

8 Dated: August 3, 2010

Jeffrey S. White
United States District Judge

[PROPOSED] ORDER ~~GRANTING~~ STIPULATION RE BRIEFING SCHEDULE FOR MOTION TO DISMISS
Case No. C-10-02068 JSW
sf-2877521

1