JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)'
MONIQUE OLIVIER (SBN 190385)
(molivier@sturdevantlaw.com)
WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, California 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

MAEVE ELISE BROWN (SBN 137512)
(melisebrown@heraca.org)
ELIZABETH S. LETCHER (SBN 172986)
(eletcher@heraca.org)
NOAH ZINNER (SBN 247581)
(nzinner@heraca.org,)
CYNTHIA SINGERMAN (SBN 244450)
(csingerman@heraca.org)
HOUSING AND ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Telephone: (510) 271-8443
Facsimile: (510) 868-4521

Attorneys for Plaintiffs and the Putative Plaintiff Class

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMINIA MORALES and MICHELLE SURANOFSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE LLC, a Delaware limited liability company; JPMORGAN CHASE BANK, N.A., a national banking association; and Does 1-100,<br><br>Defendants. | Case No.: CV 10-02068 JSW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING STIIPULATION RE BRIEFING WCHEDULE FOR MOTION TO DISMISS**<br><br>Date:<br>Time:<br>Courtroom: 11, 19th Floor<br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed: May 14, 2010 |

[PROPOSED] ORDER GRANTING STIIPULATION RE BRIEFING WCHEDULE FOR MOTION TO DISMISS; CASE NO. CV 10-02068 JSW

1 | Pursuant to the Stipulation Re Briefing Schedule for Motion to Dismiss filed herewith, due to
2 | the parties scheduling conflicts, GOOD CAUSE exists and this Court hereby ORDERS the
3 | following briefing schedule regarding Defendants' Motion to Dismiss:
4 | Plaintiffs' opposition papers        August 20, 2010
5 | Defendant's reply papers             September 3, 2010

**IT IS SO ORDERED.**

Dated: _____August 6_____, 2010

_____
THE HONORABLE JEFFRE S. WHITE
United States District Court Judge

1

[PROPOSED] ORDER GRANTING STIIPULATION RE BRIEFING WCHEDULE FOR MOTION TO DISMISS;
CASE NO. CV 10-02068 JSW