UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: September 17, 2010            Time in Court: 1 hour

JUDGE: JEFFREY S. WHITE            Court Reporter: Jim Yeomans

Courtroom Deputy: Jennifer Ottolini

CASE NO.: C-10-2068    JSW

TITLE: Herminia Morales, et al., v. Chase Home Finance LLC, et al.,

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Elizabeth Letcher | Wendy Garbers |
| Whitney Huston | Rita Lin |

PROCEEDINGS:    Motion to Dismiss

RESULTS:    The Court heard argument from counsel.
                The motion is taken under submission.
                A written ruling shall issue.