1   MICHAEL J. AGOGLIA (CA SBN 154810)
    MAgoglia@mofo.com
2   WENDY M. GARBERS (CA SBN 213208)
    WGarbers@mofo.com
3   RITA F. LIN (CA SBN 236220)
    RLin@mofo.com
4   BORIS YANKILOVICH (CA SBN 257887)
    BYankilovich@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California  94105-2482
    Telephone: 415.268.7000
7   Facsimile: 415.268.7522

8   Attorneys for Defendants
    CHASE HOME FINANCE LLC; JPMORGAN CHASE BANK,
9   N.A.

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  HERMINIA MORALES and MICHELLE          Case No. C-10-02068 JSW
    SURANOFSKY, individually and on behalf of all
15  others similarly situated,             CLASS ACTION

16              Plaintiffs,                **[PROPOSED] ORDER
                                           REGARDING REQUEST TO
17      v.                                 CONTINUE CASE
                                           MANAGEMENT CONFERENCE**
18  CHASE HOME FINANCE LLC, a Delaware
    limited liability company; CHASE HOME
19  FINANCE INC., a Delaware corporation;  Hon. Jeffrey S. White
    JPMORGAN CHASE BANK, N.A., a national  Complaint filed: May 14, 2010
20  banking association; JPMORGAN CHASE &
    CO., a Delaware corporation; and DOES 1-100,
21
                Defendants.
22

23

24

25

26

27

28

    [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE
    Case No. C-10-02068 JSW
    sf-2898381

1    Pursuant to the Stipulation Regarding Request to Continue Case Management Conference,

2  and good cause so appearing, the case management conference currently scheduled for October 1,

3  2010 at 1:30 p.m., is hereby continued to ____November 5_____, 2010 at 1:30 p.m. The

4  parties shall file a joint case management statement no later than five (5) court days prior to the

5  conference.

6        IT IS SO ORDERED.

7

8  Dated: __September 22____, 2010        _____

9                                              Jeffrey S. White
                                               United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE                                    1
Case No. C-10-02068 JSW
sf-2898381