1    MICHAEL J. AGOGLIA (CA SBN 154810)
     MAgoglia@mofo.com
2    WENDY M. GARBERS (CA SBN 213208)
     WGarbers@mofo.com
3    RITA F. LIN (CA SBN 236220)
     RLin@mofo.com
4    BORIS YANKILOVICH (CA SBN 257887)
     BYankilovich@mofo.com
5    MORRISON & FOERSTER LLP
     425 Market Street
6    San Francisco, California 94105-2482
     Telephone: 415.268.7000
7    Facsimile: 415.268.7522

8    Attorneys for Defendants
     CHASE HOME FINANCE LLC; JPMORGAN CHASE BANK,
9    N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERMINIA MORALES and MICHELLE SURANOFSKY, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>      v.<br><br>CHASE HOME FINANCE LLC, a Delaware limited liability company; CHASE HOME FINANCE INC., a Delaware corporation; JPMORGAN CHASE BANK, N.A., a national banking association; JPMORGAN CHASE & CO., a Delaware corporation; and DOES 1-100,<br><br>                Defendants. | Case No. C-10-02068 JSW<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER REGARDING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Hon. Jeffrey S. White<br>Complaint filed: May 14, 2010 |

[PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE
Case No. C-10-02068 JSW
sf-2898381

1     Pursuant to the Stipulation Regarding Request to Continue Case Management Conference, and good cause so appearing, the case management conference currently scheduled for October 1, 2010 at 1:30 p.m., is hereby continued to _____November 5_____, 2010 at 1:30 p.m. The parties shall file a joint case management statement no later than five (5) court days prior to the conference.

    IT IS SO ORDERED.

Dated: _September 22_, 2010          _____
                                             Jeffrey S. White
                                             United States District Judge

[PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE          1
Case No. C-10-02068 JSW
sf-2898381