1  JAMES C. STURDEVANT (SBN 94551)
   (jsturdevant@sturdevantlaw.com)'
2  MONIQUE OLIVIER (SBN 190385)
   (molivier@sturdevantlaw.com)
3  WHITNEY HUSTON (SBN 234863)
   (whuston@sturdevantlaw.com)
4  THE STURDEVANT LAW FIRM
   A Professional Corporation
5  354 Pine Street, Fourth Floor
   San Francisco, California 94104
6  Telephone:    (415) 477-2410
   Facsimile:    (415) 477-2420
7
8  MAEVE ELISE BROWN (SBN 137512)
   (melisebrown@heraca.org)
9  ELIZABETH S. LETCHER (SBN 172986)
   (eletcher@heraca.org)
   NOAH ZINNER (SBN 247581)
10 (nzinner@heraca.org,)
   CYNTHIA SINGERMAN (SBN 244450)
11 (csingerman@heraca.org)
   HOUSING AND ECONOMIC RIGHTS ADVOCATES
12 1814 Franklin Street, Suite 1040
   Oakland, CA 94612
13 Telephone:    (510) 271-8443
   Facsimile:    (510) 868-4521
14
15 Attorneys for Plaintiffs and the Putative Plaintiff Class

16              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
17

18 HERMINIA MORALES and MICHELLE      | Case No.:  CV 10-02068 JSW
   SURANOFSKY, individually and on behalf of
19 all others similarly situated,            | **CLASS ACTION**

20              Plaintiffs,                   | **[PROPOSED] ORER GRANTING LEAVE
                                             | TO FILE SUPPLEMENTAL
21              v.                            | AUTHORITY**

22 CHASE HOME FINANCE LLC, a Delaware  | Date:        September 17, 2010
   limited liability company; JPMORGAN      | Time:        9:00 am
23 CHASE BANK, N.A., a national banking      | Courtroom:  11, 19th Floor
   association; and Does 1-100,             | Judge:       Hon. Jeffrey S. White
24
25              Defendants.                  | Complaint Filed:     May 14, 2010

26
27
28

1

**ORDER**

2       Plaintiffs' Request for Leave to File Supplemental Authority in support of their Opposition to

3   Defendants' Motion to Dismiss the Complaint is GRANTED.

4       **IT IS SO ORDERED.**

5

Dated: _November 30_____, 2010      _____

6                                            THE HONORABLE JEFFRE S. WHITE

7                                            United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28