FILED

DEC 13 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HERMINIA MORALES and MICHELLE SURANOFSKY, Plaintiffs-Appellants, v. CHASE HOME FINANCE LLC and JPMORGAN CHASE BANK, Defendants-Appellees. | No. 11-16205 D.C. No. 3:10-cv-02068-JSW ORDER ON MOTION TO VOLUNTARILY WITHDRAW APPEAL |

Appeal from the United States District Court
for the Northern District of California
Jeffrey S. White, District Judge

Argued and Submitted August 9, 2012
San Francisco, California

Before:   SCHROEDER and CALLAHAN, Circuit Judges, and KORMAN, Senior District Judge.[*]

On November 20, 2012 appellants Herminia Morales and Michelle Suranofsky filed a motion for an order permitting them to withdraw the above-captioned appeal

---

[*] The Honorable Edward R. Korman, Senior United States District Judge for the Eastern District of New York, sitting by designation.

with prejudice as to their individual claims and without prejudice as to the potential claims of any absent putative class members. They also ask that each side should bear its own costs and fees in connection with the appeal. The motion, which is unopposed, is granted with each side to bear their own costs and fees.

    WITHDRAWN.