FILED

UNITED STATES COURT OF APPEALS

DEC 13 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HERMINIA MORALES and MICHELLE SURANOFSKY, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> CHASE HOME FINANCE LLC and JPMORGAN CHASE BANK, <br><br> Defendants-Appellees. | No. 11-16205 <br><br> D.C. No. 3:10-cv-02068-JSW Northern District of California, San Francisco <br><br> ORDER ON MOTIONS FOR JUDICIAL NOTICE AND MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXCERPTS OF RECORD |

Before:   SCHROEDER and CALLAHAN, Circuit Judges, and KORMAN, Senior District Judge.[*]

On August 18, 2011 and December 12, 2011 appellants filed Motions to Take Judicial Notice of supplemental directives issued by the Treasury, Fannie Mae or Freddie Mac under the Home Affordable Modification Program ("HAMP Directives") and some of the district court records in *King v. CitiMortgage, Inc.*, No. 10-cv-3792, (C.D. Cal. filed Nov. 8, 2010). *See* Docket Entries 8 and 21. On August 6, 2012,

---

[*]   The Honorable Edward R. Korman, Senior United States District Judge for the Eastern District of New York, sitting by designation.

appellants filed a Motion for Leave to File Supplemental Excerpts of Record with several pages from Chase's Motion to Dismiss. *See* Docket Entry 43. Because we grant the motion of the appellants to voluntarily withdraw their appeal, these motions are denied as moot.